160 A.3d 703

JADE APPAREL, INC., A NEW JERSEY CORPORATION, AND AMERICOAT LIMITED CORP., A NEW JERSEY CORPORATION, PLAINTIFFS–PETITIONERS, v. UNITED ASSURANCE, INC., A NEW JERSEY CORPORATION, DEFENDANT, AND JOSEPH MARINO, INDIVIDUALLY, DEFENDANT, AND CONTINENTAL INDEMNITY COMPANY, AN IOWA CORPORATION, APPLIED UNDERWRITERS, INC., A NEBRASKA CORPORATION, AND APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC. A BRITISH VIRGIN ISLANDS CORPORATION, DEFENDANTS–RESPONDENTS.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002001–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.